1  Alan A. Dressler  (State Bar No. 56916)
   633 Battery St., Suite 635
2  San Francisco, California  941111
   Facsimile:        (415) 788-6787
3  Telephone:        (4l5) 421-7980

4  Attorney for Defendant BRIAN E. LEI

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00644 CRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER MODIFYING CONDITIONS** |
| vs. | ) | **OF RELEASE FOR DEFENDANT** |
| | ) | **BRIAN E. LEI** |
| KHAN TRIEU LE et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Mr. BRIAN E. LEI is currently required to submit to electronic monitoring as a condition of his release in this case.  Assistant U.S. Attorney Kirstin Ault and Anthony Granados, Mr. Lei's Pre-trial Services Officer agree that electronic monitoring is no longer necessary to assure Mr. Lei's compliance with pre-trial release and have no objection to removing electronic monitoring as a condition of release. All other conditions of pre-trial release will remain in place.

So Stipulated:                              /s/
                                            Alan Dressler
                                            Attorney for Defendant
                                            Joshua Henderson

So Stipulated:                              /s/
                                            Kirstin Ault
                                            Assistant U.S. Attorney

-1-

1  For good cause shown and based upon the agreement of the parties and the
2  concurrence of Federal Pretrial Services IT IS HEREBY ORDERED that the conditions of
3  release of defendant BRIAN E. LEI are modified as follows: BRIAN E. LEI shall no longer
4  be subject to electronic monitoring as a condition of his release. All other conditions of pre-
5  trial release will remain in effect.

It Is So Ordered:
 March 15, 2007

_____
ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte